ACCEPTED
03-15-00242-CV
5090237
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/29/2015 4:44:11 PM
JEFFREY D. KYLE
CLERK

Case Number 03-15-00242-CV

IN THE THIRD DISTRICT COURT OF APPEALS
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/29/2015 4:44:11 PM
JEFFREY D. KYLE
Clerk

GUILLERMO OCHOA-CRONFEL,

Appellant,

v.

PATRICK C. MURRAY,

Appellee.

From Cause No. D-1-GN-11-002136 in the 345th Judicial District Court of Travis County

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

**WALTERS, BALIDO & CRAIN, L.L.P.**

**Gregory R. Ave**
State Bar No. 01448900
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, Texas 75231
Telephone Number (214) 347-8310
Facsimile Number (214) 347-8311
Greg.ave@wbclawfirm.com

ATTORNEY FOR APPELLEE
PATRICK C. MURRAY

**April 29, 2015**

TO THE HONORABLE AUSTIN COURT OF APPEALS:

COMES NOW, Gregory R. Ave, a partner in the law firm of Walters, Balido & Crain, L.L.P., pursuant to Texas Rules of Appellate Procedure 6.1(c), and files this Notice of Appearance and Designation of Lead Counsel for Appellee Patrick C. Murray. ("Appellee"). Accordingly, counsel for Appellee requests the Court take notice and that all correspondence, notices, briefs, pleadings, motions, orders, opinions, judgments, and other communications be directed to the undersigned. Pursuant to Texas Rule of Appellate Procedure 6.1(c), the following information is being provided regarding lead counsel:

Gregory R. Ave
Texas State Bar No. 01448900
Walters, Balido & Crain, L.L.P.
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
Telephone Number: (214) 347-8310
Facsimile Number: (214) 347-8311
greg.ave@wbclawfirm.com.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

By:  */s/ Gregory R. Ave*
    Gregory R. Ave
    Texas State Bar No. 01448900
    greg.ave@wbclawfirm.com
    10440 North Central Expressway
    Meadow Park Tower, Suite 1500
    Dallas, Texas 75231
    (2l4) 347-8310
    (2l4) 347-8311 (facsimile)

ATTORNEY FOR APPELLEE
PATRICK C. MURRAY

## CERTIFICATE OF SERVICE

On April 29, 2015, a true and correct copy of the foregoing was sent to opposing counsel of record as follows:

Paul T. Morin, Esquire               **Via E-serve**
Paul T. Morin, P.C.
503 W. 14th Street
Austin, Texas 78701

ATTORNEY FOR APPELLANT
GUILLERMO OCHOA-CRONFEL

Guillermo Ochoa-Cronfel, Esquire     **Via E-serve**
2700 Bee Cave Road, Suite 103
Austin, Texas 78746

APPELLANT

    */s/ Gregory R. Ave*
    Gregory R. Ave